IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THUAN VU,                                )
                                         )
              Plaintiff,                 )
                                         )        Civil No. 06-15-HU
       v.                                )
                                         )        O R D E R
CITY OF PORTLAND; SGT. STEVEN J.         )
LARSEN, individually and in his official )
capacity as a Portland Police Officer,   )
                                         )
              Defendants.                )
_____  )


       Nikola Lyn Jones
       James P. McCurdy
       Lindsay, Hart, Neil & Weigler
       1300 S.W. Fifth Avenue, Suite 3400
       Portland, Oregon  97201

              Attorneys for Plaintiff

J. Scott Moede
Deputy City Attorney
Office of City Attorney
1221 S.W. Fourth Avenue, Room 430
Portland, Oregon  97204

       Attorney for Defendants

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 14, 2006.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation (#26).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#22) is denied.

DATED this __5th__ day of September, 2006.


       /s/ Garr M. King_____
              GARR M. KING
          United States District Judge

Page 2 - ORDER